

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>LEON BRYCE WILLIAMS,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:16-CR-01112-DUTY<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>defendant</u>, IT IS ORDERED that a detention hearing is set for <u>June 2</u>, <u>2016</u>, at <u>11:30</u> ☒a.m. / ☐p.m. before the Honorable <u>Karen L. Stevenson</u>, in Courtroom <u>E</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: May 26, 2016

_____
U.S. District Judge/Magistrate Judge